**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Gilberte Jill Kelley *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No: 1:13-cv-825 (ABJ) |
| The Federal Bureau of Investigation, *et al.*, | ) ) | |
| *Defendants*. | ) ) ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Edward McNicholas as counsel for Plaintiffs Mrs. Gilberte Jill Kelley and Scott Kelley, M.D in the above-captioned case.

                                                       Respectfully submitted,

                                                       <u>/s/ Edward McNicholas</u>
                                                       Edward McNicholas (DC Bar No. 459136)
                                                       E-mail: emcnicholas@sidley.com
                                                       SIDLEY AUSTIN LLP
                                                       1501 K Street, N.W.
                                                       Washington, D.C. 20005
                                                       Telephone: (202) 736-8010
                                                       Facsimile: (202) 736-8711

August 6, 2013