UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERTE JILL KELLEY, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 13-0825 (ABJ) |
| FEDERAL BUREAU OF ) INVESTIGATION, *et al.*, ) | |
| Defendants. ) | |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the motion to dismiss filed by defendants Department of Defense, Department of State, Federal Bureau of Investigation, and United States of America [Dkt. # 34] is granted in part and denied in part to the extent that Count 1 states a claim that defendants FBI and DOD unlawfully disclosed information to the media. It is FURTHER ORDERED that the motion to dismiss filed by defendants Ibison, Joyce, and Malone [Dkt. # 35] is granted. And it is FURTHER ORDERED that plaintiffs' motion for an order to set aside the government's Westfall Act certification [Dkt. # 38] is denied.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: September 15, 2014