UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERTE JILL KELLEY, AND** <br> **SCOTT KELLEY, M.D.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION, et al.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 13-cv-00825(ABJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of George R. Pitts, (DC Bar No. 417666) of Sands Anderson PC, as counsel for the Plaintiffs, Gilberte Jill Kelley and Scott Kelley, M.D., in the above-styled matter, with Michael T. Marr of Sands Anderson PC. In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above matter to the following email address: gpitts@sandsanderson.com.

Dated: September 3, 2015

Respectfully submitted,

GILBERTE JILL KELLEY, and
SCOTT KELLEY, M.D.
By Counsel

/s/ George R. Pitts
George R. Pitts (DC Bar No. 417666)
gpitts@sandsanderson.com
1497 Chain Bridge Road, Suite 202
McLean, VA  22101
(703) 893-3600 (telephone)
(703) 893-8484 (fax)
*Counsel for Plaintiffs Gilberte Jill Kelley and Scott Kelley, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2015, I will electronically file the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

/s/ George R. Pitts
George R. Pitts (DC Bar No. 417666)
gpitts@sandsanderson.com
Michael T. Marr (D.D.C. No. VA48536)
mmarr@sandsanderson.com
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
(703) 893-3600 (telephone)
(703) 893-8484 (fax)
*Counsel for Plaintiffs Gilberte Jill Kelley and Scott Kelley, M.D.*