IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILBERTE JILL KELLEY** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**THE FEDERAL BUREAU OF INVESTIGATION** *et al.*,<br><br>    Defendants. | Civil Action No. 13-cv-825 (ABJ) |

## JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

The parties in the above-captioned case — plaintiffs Jill and Scott Kelley, and defendants the Federal Bureau of Investigation ("FBI") and the U.S. Department of Defense ("DoD") (collectively, "the parties") — pursuant to the Court's Order of November 3, 2014, and Local Rule 7(m), respectfully seek to modify the discovery schedule in this matter to extend the overall discovery period by one month, to November 13, 2015, and to modify the schedule for defendants' expert(s) by moving the designation and expert report date to November 6, 2015, and allowing until November 20, 2015, for deposition(s) of defendants' expert(s), to account for recent developments in the case. In support of this motion, the parties state as follows:

1.  With certain limited exceptions, the discovery period in this matter currently closes on October 13, 2015. This request *does not* seek to amend or in any way alter the Court's ruling that the discovery period for certain FBI-related information will be suspended during the Court's resolution of the FBI's forthcoming motion for a protective order. *See* Minute Order of Sept. 16, 2015. Defendants' expert designation(s) are currently due on October 5, 2015, but as noted in a prior joint filing, *see* Dkt. No. 66, ¶ 2, the parties have consistently agreed that defendants' expert disclosure(s) and corresponding reports should be due after the defendants

have taken the plaintiffs' depositions.  As discussed in more detail below, the parties have recently agreed to postpone the depositions of the plaintiffs to allow plaintiffs adequate time to produce supplemental written discovery in accordance with the recent order of the Court.

2.  On September 16, 2015, the Court held a telephonic conference with the parties in which, among other things, it ruled that plaintiffs must supplement their responses to written discovery.  Specifically, the Court ruled that plaintiffs may not rely on a December 31, 2012, cut-off date in responding to written discovery; instead, the Court ordered plaintiffs to produce written discovery using November 22, 2013, as a cut-off date.  *See* Minute Order of Sept. 18, 2015.  Due to the volume of potentially responsive information subject to the supplemental production period, plaintiffs anticipate that it will take until October 14, 2015, to supplement their earlier discovery productions.

3.  The parties had previously scheduled September 25 for defendants' deposition of plaintiffs' expert, and September 28 and 29 for defendants' depositions of plaintiffs.  But because plaintiffs' forthcoming, supplemental written discovery bears upon those depositions and the testimony to be elicited therein, the parties have agreed it would be a more efficient use of resources to postpone the depositions of the plaintiffs and the plaintiffs' expert until after the plaintiffs supplement their discovery responses in accordance with the Court's order.   The parties seek to adjust the overall discovery schedule to accommodate these changes.

4.  The parties continue to take the view that defendants' expert disclosure(s) and corresponding reports should occur after defendants have deposed the plaintiffs.  The parties intend to reschedule plaintiffs' depositions for the end of October, and thus seek to change the deadline for defendants' expert designation(s) from October 5 to November 6.  Plaintiffs would then have until November 20, 2015 to depose defendants' expert(s).

5.	An extension of the general discovery deadline would also provide the parties additional time to conduct outstanding depositions, including the plaintiffs' proposed 30(b)(6) depositions of FBI and DoD witnesses, plaintiffs' proposed depositions of certain members of the news media, and defendants' depositions of additional third party witnesses.

5.	Granting the instant request would not impede any currently scheduled status conferences as the Court recently vacated the status conference that had been scheduled for October 14, 2015.  *See* Minute Order of Sept. 18, 2015.

6.	This is the parties' third Joint Motion to Modify the Discovery Schedule, and the fourth overall motion to modify discovery deadlines.

## CONCLUSION

For the foregoing reasons, good cause exists for these proposed revisions to the discovery schedule.  A proposed order is attached.

\

\

\

\

\

\

\

\

\

\

\

October 2, 2015                               Respectfully Submitted,

 */s/ Guy S. Neal*                                    BENJAMIN C. MIZER
Alan Charles Raul (DC Bar #362605)       Principal Deputy Assistant Attorney General
Guy S. Neal (DC Bar #441748)
Edward R. McNicholas (DC Bar #459136)   JOHN R. TYLER
Colleen Theresa Brown (DC Bar #984668)  Assistant Branch Director
Cara Viglucci Lopez (DC Bar #994077)
SIDLEY AUSTIN LLP                         */s/ Lisa Zeidner Marcus*
1501 K Street NW                         PETER J. PHIPPS (DC Bar #502904)
Washington, DC 20005                     LISA ZEIDNER MARCUS (NY Bar)
(202) 736-8000                           STEPHEN J. BUCKINGHAM (MD Bar)
(202) 736-8711 (fax)                     U.S. Department of Justice, Civil Division
Email: gneal@sidley.com                  Tel: (202) 514-3336
                                         Fax: (202) 616-8470
                                         Email: lisa.marcus@usdoj.gov
 */s/ George R. Pitts*                         P.O. Box 883 Ben Franklin Station
George R. Pitts (DC Bar #417666)         Washington, DC 20530
Michael T. Marr (D.D.C. VA48536)
SANDS ANDERSON PC
1497 Chain Bridge Road, Ste.202          *Attorneys for Defendants*
McLean, VA 22101
(703) 893-3600
(703) 893-8484 (fax)
Email: gpitts@sandsanderson.com
       mmarr@sandsanderson.com

*Attorneys for Plaintiffs*