
# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GILBERTE JILL KELLEY, *et al.*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>THE FEDERAL BUREAU OF  )<br>INVESTIGATION *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 13-cv-825 (ABJ) |

## NOTICE OF FILING REDACTED DOCUMENT

Pursuant to the Court's Minute Order of March 16, 2016, attached herewith please find a redacted version of the motion filed under seal on March 14, 2016 as docket number [89].

Date:   March 18, 2016

Respectfully Submitted,

/s/ *Guy S. Neal*
Alan Charles Raul (D.C. Bar No. 362605)
Edward R. McNicholas (D.C. Bar No. 459136)
Guy S. Neal (D.C. Bar No. 441748)
Colleen Theresa Brown (D.C. Bar No. 984668)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

George R. Pitts (D.C. Bar No. 417666)
Michael T. Marr (D.D.C. No. VA 48536)
SANDS ANDERSON PC
1497 Chain Bridge Road, Ste 202
McLean, VA 22101
(703) 893-3900
(703) 893-8484 (fax)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GILBERTE JILL KELLEY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 13-cv-825 (ABJ) |
| THE FEDERAL BUREAU OF INVESTIGATION *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to LCvR 83.6(c) of the Local Rules of this Court, Sidley Austin LLP and Sands Anderson PC, and each of its attorneys who has entered an appearance in this case, respectfully move this Court for leave to withdraw as counsel for Plaintiffs. The grounds for this motion are set forth below.

### BACKGROUND

1. Sidley Austin LLP has represented Plaintiffs since the inception of this case. Sands Anderson PC was retained in 2015 to handle certain aspects of discovery (principally discovery to members of the press that Sidley Austin LLP was prevented by conflicts from conducting).

2. Rule 1.16(a)(1) of the District of Columbia Rules of Professional Conduct provides that a lawyer *shall* withdraw from a representation if "the representation will result in violation of the rules of professional conduct or other law." D.C. RULES OF PROF'L CONDUCT R. 1.16(a)(1) (D.C. BAR 2015). Rule 1.16(b) provides that a lawyer *may* withdraw from representing a client "if withdrawal can be accomplished without material adverse effect on the interests of the client, or if . . . (5) [t]he lawyer believes in good faith, in a proceeding before a

2

tribunal, that the tribunal will find the existence of other good cause for withdrawal." *Id.*, Rule 1.16(b)(5). Nonetheless, "[a] lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating a representation." *Id.*; Rule 1.16(c).

3. Under Local Rule 83.6, an attorney must obtain leave of the court to withdraw if "a trial date has been set, or if a party's written consent is not obtained, or if the party is not represented by another attorney. . . ." Local Rule 83.6(c). "The court may deny an attorney's motion for leave to withdraw if the withdrawal would unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice." Local Rule 83.6(d); *Naegele v. Albers*, No. 03-CV-2507, 2005 WL 2994363, at *1 (D.D.C. Oct. 28, 2005).

4. ███████████████████████████████████████████████████████████████████████████████ D.C. RULES OF PROF'L CONDUCT R. 1.16, Comment [3] ("The lawyer's statement that irreconcilable differences between the lawyer and client require termination of the representation ordinarily should be accepted as sufficient.") Further, withdrawal will not unduly delay trial of this case. The Court has not set a trial date and has recently extended the discovery cut-off (with minor exceptions related to expert and written discovery) through May 20, 2016. The next court appearance in this case is a status conference scheduled for 10:00 a.m. on May 20, 2016.

5. Plaintiffs have not yet retained successor counsel, but withdrawal by current counsel will not have a material adverse effect on the interests of Plaintiffs or prejudice Defendants. ████████████████████████████████████████████████████████████████████████████████████████ The Court's recent extension of the discovery cut-off provides Plaintiffs sufficient additional time to engage new counsel, and gives new counsel ample time to become familiar with this case as well as to conduct the remaining discovery.

6. Pursuant to Local Rule 83.6, undersigned counsel certify that they served Plaintiffs with a copy of this motion by U.S. Mail and e-mail, as well as an additional notice advising Plaintiffs to obtain new counsel, or, if Plaintiffs intend to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of the motion. Local Rule 83.6(c). Plaintiffs also have been provided a written description of the status of the case, including the dates and times of all scheduled court proceedings, and a reminder of the need to comply with all existing court orders.

7. Consistent with their obligations under the District of Columbia Rules of Professional Conduct, counsel will take all reasonable steps to mitigate the consequences of withdrawal to Plaintiffs and will assist Plaintiffs in transferring this case to new counsel as well as educating new counsel on the remaining issues in the case.

8. Counsel reserve their right under their retainer agreements and applicable law to seek reasonable attorneys' fees and other litigation costs reasonably incurred in this case should Plaintiffs substantially prevail on their claim against the Defendants.

## CONCLUSION

For the reasons set forth above, Sidley Austin LLP and Sands Anderson PC, and each of its attorneys who has entered an appearance in this case, request that the Court grant this motion for leave to withdraw as counsel.

Date:   March 14, 2016								Respectfully Submitted,


/s/ *Guy S. Neal*
Alan Charles Raul (D.C. Bar No. 362605)
Edward R. McNicholas (D.C. Bar No. 459136)
Guy S. Neal (D.C. Bar No. 441748)
Colleen Theresa Brown (D.C. Bar No. 984668)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)


George R. Pitts (D.C. Bar No. 417666)
Michael T. Marr (D.D.C. No. VA 48536)
SANDS ANDERSON PC
1497 Chain Bridge Road, Ste 202
McLean, VA 22101
(703) 893-3900
(703) 893-8484 (fax)


*Attorneys for Plaintiffs*