# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GILBERTE JILL KELLEY *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 13-cv-825 (ABJ) |
| ) | |
| THE FEDERAL BUREAU OF ) | |
| INVESTIGATION *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

IT IS SO STIPULATED this 24th day of March, 2016.

Respectfully submitted,

/s/ *Guy S. Neal*
Alan Charles Raul (D.C. Bar No. 362605)
Edward R. McNicholas (D.C. Bar No. 459136)
Guy S. Neal (D.C. Bar No. 441748)
Colleen Theresa Brown (D.C. Bar No. 984668)
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

George R. Pitts (D.C. Bar No. 417666)
Michael T. Marr (D.D.C. No. VA 48536)
Sands Anderson PC
1497 Chain Bridge Road, Ste 202
McLean, VA 22101
(703) 893-3900
(703) 893-8484 (fax)
*Attorneys for Plaintiffs*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

/s/ *Peter J. Phipps*
PETER J. PHIPPS (DC Bar #502904)
LISA ZEIDNER MARCUS (NY Bar)
STEPHEN J. BUCKINGHAM (MD Bar)
U.S. Department of Justice, Civil Division
Tel: (202) 616-8482
Fax: (202) 616-8470
Email: peter.phipps@usdoj.gov
P.O. Box 883 Ben Franklin Station
Washington, DC 20530
*Attorneys for Defendants*