# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CIVIL ACTION No. 1:13−cv−00825−ABJ**

**GILBERTE JILL KELLEY et al.,**

           **Plaintiffs,**

**v.**

**THE FEDERAL BUREAU
OF INVESTIGATION** *et al.,*

           **Defendants.**

## PLAINTIFFS' OBJECTION TO UNSEALING OF SEALED
## PLEADINGS AND EXHIBITS

Plaintiffs, GILBERTE JILL KELLEY and SCOTT KELLEY, M.D., *pro se* raise the following objections in compliance with the Court's March 29, 2016 MINUTE ORDER which requires the Parties to raise objections, if any, to the unsealing of any documents filed under seal in this case.

1. The Plaintiffs object to unsealing certain Exhibits attached to **DKT #73**, as follows:

    **Exhibits G** and **H** reflect two of Jill Kelley's emails with attorney Matthew Hiltzik that were originally improperly disclosed by her counsel without their knowledge or permission. These emails contain attorney-client communications which should remain privileged.

2. The Plaintiffs object to unsealing certain Exhibits attached to **DKT #74**, as follows:

RECEIVED
APR - 5 2016
Clerk, U.S. District and
Bankruptcy Courts

Jill Kelley's emails with attorney Gloria Allred and Alexis Hurley at InkWell Management. Plaintiffs object to unsealing these emails because they contain attorney-client communications which should remain privileged and/or proprietary information regarding Jill Kelley's intellectual property/copywritten material.

Jill Kelley's emails with attorney Matthew Hiltzik. Plaintiffs object to unsealing these emails because they contains attorney-client communications which should remain privileged.

Emails between the Plaintiffs and Angela Hunt. Plaintiffs object to unsealing these emails because they comprise private communications between private citizens and do not include matters of public concern.

3.   The Plaintiffs object to unsealing **DKT #75**, as follows:

DKT 75 is a supplemental filing by the FBI that makes reference to the sealed exhibits, including a manuscript for a book which is the intellectual property of Jill Kelley. The manuscript resulted in a published book and the references to the manuscript include details and descriptions which, if unsealed, could impair the value and profitability of Jill Kelley's copyright in the published material by making content of the books available for public consumption without purchase.

4.   The Plaintiffs do not object to the unsealing of any other document in the Court file and believe that the strong presumption in favor of public access mandates that all remaining documents should be unsealed.

Dated: April 5, 2016

Respectfully Submitted by Plaintiffs,

GILBERTE JILL KELLEY and SCOTT
KELLEY, M.D., *pro se*.

_____

Jill Kelley

_____

Scott Kelley, MD